IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Whitehall Manor, Inc., <br><br> Debtor | CHAPTER 11 <br><br> No. 25-15244-PMM |

*ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS*

PLEASE TAKE NOTICE that the undersigned appears for Lehigh Valley 1, LLC, a secured creditor in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

BERGER LAW GROUP, PC

Dated: 12/30/25   By: /s/: Matthew R. Kaufmann, Esq.
MATTHEW R. KAUFMANN, ESQUIRE
919 Conestoga Road, Building 3, Suite 114
Bryn Mawr, PA  19010
(610) 668-0800
PA ID #206991